UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CRIMINAL NO. 02-10268-PBS |
| ) | |
| (1)   TIMOTHY MELLO,      ) | |
| (2)   FRANK MONIZ,        ) | |
|         a/k/a "Bruno,"    ) | |
| (3)   ERIC ORMAN,         ) | |
| (4)   VINCENT SCHIERI,    ) | |
| (5)   NORMAN YELLE, and   ) | |
| (6)   ANTONE ALMEIDA,     ) | |
|         a/k/a "Tony,"     ) | |
|              Defendants.  ) | |

## ORDER TO VACATE
## AMENDED POST-INDICTMENT RESTRAINING ORDER (Document No. 38)

**SARIS, D.J.,**

The United States of America, having petitioned this Court for an Order to Vacate the Amended Post-Indictment Restraining Order, and that this Court, being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Amended Post-Indictment Restraining Order shall be Vacated.

DONE AND ORDERED in Boston, Massachusetts, this __7__ day of __December__, 2010.

_____
PATTI B. SARIS
United States District Judge